AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

YATHOMAS RILEY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-00228

ADT, LLC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered November 14, 2024, Plaintiff's complaint is dismissed.

This case stands closed.

Approved by: *Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

11/14/2024
Date

John E. Triplett, Clerk of Court
Clerk

*Ann Duke*
(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020